UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARRIOTT INTERNATIONAL, INC.,

                Plaintiff,

-against-

VERTICAL EXCELLANCE, INC.,

                Defendant.
---------------------------------------------------------------X

JUDGMENT
03-CV-1427 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 1 9 2005 ★
BROOKLYN OFFICE

       An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on October 14, 2005, adopting the Report and Recommendation of Magistrate Judge Joan Azrack, dated September 20, 2005, granting defendant's motion for summary judgment; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted; and that defendant's motion for summary judgment is granted.

Dated: Brooklyn, New York
        October 18, 2005

/signed/
_____
ROBERT C. HEINEMANN
Clerk of Court